# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Celsis In Vitro, Inc.

                        Plaintiff,

v.                                                      Case No.: 1:10–cv–00681

                                                             Honorable David H. Coar

Xenotech, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 14, 2010:

      MINUTE entry before Honorable David H. Coar: This action action is hereby voluntarily dismissed, with prejudice, in its entirety. Each party shall bear its own attorneys' fees, costs and expenses. Any pending deadlines, dates or motions are terminated and stricken. Civil case terminated. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.